IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN SCHARDAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:15-CV-01625 SNLJ |
| ROBINSON, REAGAN & YOUNG, P.L.L.C., | ) ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

Plaintiff brought this action on behalf of herself and others similarly situated against the defendant, Robinson, Reagan & Young, P.L.L.C., for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. The matter was removed from state court on October 27, 2015. Plaintiff filed a motion to certify class with her original state court complaint. In the motion, plaintiff alleges that she filed the motion "at this early stage in the litigation without the benefit of discovery and reserves the right to supplement and amend this [m]otion, if necessary, after discovery has been completed." Following the Rule 16 conference in this Court, the Case Management Order was issued providing for a deadline for class fact discovery of August 1, 2016, and a deadline for the filing of a motion for class certification of September 1, 2016.

Rather than permit plaintiff's previously filed motion to certify class to languish on the docket waiting for discovery to proceed, and considering the deadline provided in

1

the CMO for the filing of a motion to certify class, this Court will deny the motion to certify without prejudice to refiling at the appropriate time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to certify class (#5) is **DENIED** without prejudice.

Dated this 5th day of January, 2016.

                                              STEPHEN N. LIMBAUGH, Jr.
                                              UNITED STATES DISTRICT JUDGE