Case: 4:15-cv-01625-SNLJ   Doc. #: 22-1   Filed: 09/21/16   Page: 1 of 1 PageID #: 97

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN SCHARDAN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) CASE NO. 4:15-CV-01625-SNLJ |
| | ) |
| ROBINSON, REAGAN & YOUNG, P.L.L.C., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

## ORDER

Based upon the stipulation of the parties and good cause having been shown this case is

dismissed with prejudice as to the individual Plaintiff Karen Schardan and without prejudice as

to the members of the putative class. All parties are to bear their own fees and costs.


Dated this 21st day of September , 2016.


_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE


4826-0628-6649.1                    1